RECEIVED
MAR 3 0 2019
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| NICHOLAS DAVIS, Plaintiff | CIVIL ACTION NO. 1:18-CV-00498 |
| VERSUS | JUDGE DRELL |
| EQUIFAX INFORMATION SERVICES LLC, Defendant | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (*de novo*) review of the record including the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that Defendant Equifax's Rule 12(b)(6) Motion to Dismiss (Doc. 7) is GRANTED IN PART and DENIED IN PART. Defendant Equifax's Rule 12(b)(6) Motion to Dismiss (Doc. 7) is GRANTED IN PART to the extent it seeks dismissal of Davis's claim under Section 623 of the FCRA, and to the extent that it seeks dismissal of Davis's claim to recover damages for lost business credit or revenue. Defendant Equifax's Rule 12(b)(6) Motion to Dismiss (Doc. 7) is DENIED IN PART to the extent that it seeks dismissal of Davis's defamation claim.

IT IS FURTHER ORDERED that Davis, within forty-five (45) days of the date of this Judgment, amend his complaint to set forth with more specificity the facts underlying his lawsuit, and the nature and scope of his alleged claims against Equifax.

IT IS FURTHER ORDERED that Davis's claim under Section 623 of the FCRA, and Davis's claim to recover damages for lost business credit or revenue are DISMISSED WITH PREJUDICE.

THUS ORDERED AND SIGNED in chambers in Alexandria, Louisiana on this 30th day of March, 2019.

                                                DEE D. DRELL, JUDGE
                                     UNITED STATES DISTRICT COURT